UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICORP FINANCIAL, L.L.C.
d/b/a PARATA FINANCIAL CO.,

    Plaintiff,

                                      CASE NO. 11-14795-GER-LJM
                                      HON. GERALD E. ROSEN

vs.

LANSING PHARMACY, L.C., a Kansas limited liability company,
ROBERT WINTERS, WINTERS PHARMACIES, INC. and
WINTERS COMPANIES, Missouri corporations,
jointly and severally,

    Defendants.
_____/

| LAW OFFICES OF RICHARD A. GREEN | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
|---|---|
| BY: RICHARD A. GREEN (P-36746) | Attorneys for Defendants |
| Attorneys for Americorp Financial, L.L.C. | BY: Lawrence J. Murphy (P-47129) |
| 705 S. Main St., Ste. 270 | Khalilah V. Spencer (P-63933) |
| Plymouth, MI 48170 | 2290 First National Building |
| (734) 335-6032 | 660 Woodward Avenue |
|  | Detroit, MI 48226 |
|  | (313) 465-7654 |

_____/

## **JUDGMENT**

The Court noting that Summary Judgment was granted in favor of Americorp Financial, L.L.C. d/b/a Parata Financial Co. on February 8, 2013 under Fed, R. Civ. P. 56; and,

The Court further noting that it has reviewed the statements and supporting affidavits filed in this matter pursuant to its February 8, 2013 Order and Opinion Granting Plaintiff's Motion For Summary Judgment; and,

The Court finding that Americorp Financial, L.L.C. d/b/a Parata Financial Co. disposed of the Equipment which was the subject of the above action in a commercially reasonable manner; and,

1

2

The Court further finding that Americorp Financial, L.L.C. d/b/a Parata Financial Co. is entitled to recover the reasonable attorney's fees and costs which it incurred in the above action; and,

The Court being fully advised in the premises.

**IT IS HEREBY ORDERED** that a judgment is entered in favor of Americorp Financial, L.L.C. d/b/a Parata Financial Co. and against Lansing Pharmacy, L.C., Robert Winters, Winters Pharmacies, Inc. and Winters Companies, jointly and severally, in the total amount of $225,488.12 (the "Judgment Amount"), consisting of damages of $197,095.40 and attorney's fee and costs of $28,392.72.

**IT IS HEREBY FURTHER ORDERED** that interest shall accrue on the Judgment Amount as the rates and in the manner prescribed by law.


Dated: March 18, 2013                              s/Gerald E. Rosen
                                                   Gerald E. Rosen
                                                   United States District Judge